**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
NICHOLAS F. PSYK
Nevada Bar No. 15983
Email(s): ghayes@tysonmendes.com
          npsyk@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant Walmart, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA ALCANTARA TANEDO, individually,<br><br>Plaintiff,<br><br>v.<br><br>DOE EMPLOYEE I, individually; WALMART INC; DOES I - X, and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00154-APG-MDC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff MARIA ALCANTARA TANEDO, an individual, by and through her counsel, ER INJURY ATTORNEYS and Defendant WALMART, INC. by and through their counsel, TYSON & MENDES, LLP, Plaintiff's complaint and all causes of action therein be dismissed with prejudice with each party to bear their own fees and costs.

DATED this __ day of June, 2025          DATED this 17 day of June, 2025

TYSON & MENDES LLP                        ER INJURY ATTORNEYS

/s/ Griffith H. Hayes
GRIFFITH H. HAYES                         JUSTIN G. RANDALL
Nevada Bar No. 7374                       Nevada Bar No. 12476
NICHOLAS F. PSYK                          MICHAEL J. HOLTHUS
Nevada Bar No. 15983                      Nevada Bar No. 15936
2835 St. Rose Parkway, Suite 140          1700 S. Pavilion Center Dr., Ste. 530
Henderson, NV 89052                       Las Vegas, NV 89135
*Attorneys for Defendant Walmart, Inc.*   *Attorneys for Plaintiff*

1

## ORDER

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing.

**IT IS HEREBY ORDERED** that the above-entitled action be dismissed WITH PREJUDICE in its entirety, with all parties to bear their own attorney fees and costs.

The Clerk of the Court is kindly directed to close the case.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED this July 31, 2025